UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAM HYUP KANG,<br>         Plaintiff,<br><br>v.<br><br>CAPITOL PRODUCE, INC.<br>and SANG YIM,<br>         Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-00363-TWT |

**J U D G M E N T**

This action having come before the court, Honorable Thomas W. Thrash, Jr., Chief United States District Court Judge, for review, it is

**Ordered and Adjudged** that the action be **DISMISSED** pursuant to Local Rule 41.3 A (3).

Dated at Atlanta, Georgia, this 15th day of August, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jennifer Lee
       Jennifer Lee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 15, 2017
James N. Hatten
Clerk of Court

By: s/Jennifer Lee
       Deputy Clerk